# VELMA LOZA, CSR

OFFICIAL COURT REPORTER, CDC NO. 2

133 N. Riverfront
Dallas, Texas 75207
(214) 653-5913

5th COURT OF APPEALS
DALLAS, TEXAS
5/4/2015 9:09:36 AM
LISA MATZ
Clerk

May 1, 2015

Ms. Lisa Matz
Clerk of the Court
Fifth District Court of Appeals
600 Commerce, Suite 200
Dallas, Texas 75202

RE: Trial Court Cause Number F13-71324-I
Court of Appeals Number 05-15-00010-CR

Dear Ms. Matz:

30 days ago, I received a notice that the Reporter's Record was overdue on the above-referenced case. Because of the docket of the court, I am requesting an additional five (5) days in which to file the Reporter's Record.

Thank you in advance for your consideration in this matter.

If you should have any questions or need additional information, please feel free to contact me at 214-653-5913 or email me at velma.loza@dallascounty.org.

Respectfully submitted,


Velma Loza, Official Court Reporter
Criminal District Court No. 2


CC: Don Adams, State District Judge